Stevenson *v.* Morgan.

———————

RICHARD G. STEVENSON, complainant and respondent,

*v.*

JOSEPH WILLARD MORGAN, defendant and appellant.

[Filed June 23d, 1902.]

*Mr. Charles V. D. Joline,* for the appellant.

*Mr. Henry M. Snyder,* for the respondent.

Per Curiam.

The order appealed from is affirmed, for the reasons stated by Vice-Chancellor Stevenson in the opinion delivered by him in the court below.   See *18 Dick. Ch. Rep. 707.*

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Garrison, Collins, Fort, Garretson, Hendrickson, Pitney, Bogert, Adams, Vredenburgh, Voorhees, Vroom—14.

*For reversal*—None.